UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY JOHNSON                                                  CIVIL ACTION

VERSUS                                                                    NO. 21-595-JWD-RLB

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS, ET AL.

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 6, 2022, (Doc. 30), to which an objection was filed and considered, (Doc. 31);

**IT IS ORDERED** that Defendants' Motion to Dismiss (Doc. 15) is granted, dismissing the plaintiff's claims with prejudice. The Court declines the exercise of supplemental jurisdiction.

**IT IS FURTHER ORDERED** that the Plaintiff's Motion for Appointment of Counsel (Doc. 14) is denied as moot.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on October 27, 2022.

_____
JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA