UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY JOHNSON (#600482)

VERSUS

LA. DEPT. OF PUBLIC
SAFETY & CORRECTIONS, ET AL

CIVIL ACTION

NO. 21-595-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 26, 2024 (Doc. 49), to which an objection was filed and considered (Doc. 50),

**IT IS ORDERED** that the Defendants' Motion to Dismiss (Doc. 15) is granted, in part dismissing the plaintiff's claims for violations of prison rules and compensatory damages. The Court declines the exercise of supplemental jurisdiction in connection with Plaintiff's potential state law claims.

**IT IS FURTHER ORDERED** that the parties are given 90 days from the order to complete all discovery and 120 days to file Cross Motions for Summary Judgment, and that this matter is referred back to the magistrate judge for further proceedings herein.

Signed in Baton Rouge, Louisiana, on March 26, 2024.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**