UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY JOHNSON     CIVIL ACTION

VERSUS     NO. 21-00595-JWD-RLB

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS,
ET AL.

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 10, 2024 (Doc. 86), to which an objection was filed and considered (Doc. 87);

**IT IS ORDERED** that Defendants' Motion for Summary Judgment (Doc. 78) is **GRANTED**, in part, and that the plaintiff's claims against defendant Arnold are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that, in all other regards, the Motion (Doc. 78) is **DENIED** and that this matter is referred back to the Magistrate Judge for further proceedings herein.

Signed in Baton Rouge, Louisiana, on November 13, 2024.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**