IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

Anthony Johnson
Plaintiff

v.

Luke Riteams
Defendant

* * * * * * * * * * * * * * *

CIVIL ACTION
NO: 21-595
JWD-RLB

************************

## Notice of Appeal

Notice is hereby given that Anthony Johnson Plaintiff in the above-mentioned caption, hereby Appeal to the United States Court of Appeal for the Fifth Circuit from a judgment/verdict rendered after the completion of Trial in this matter on the 22nd day of September.

Respectfully Submitted,
Anthony Johnson
10-10-25